## Knights of Pythias N. A. S. A. E. A. A. & A., Grand Jurisdiction of Illinois, Appellant, v. Annie Davis, Appellee.

### (Not to be reported in full.)

Appeal from the City Court of East St. Louis; the Hon. M. R. SULLIVAN, Judge, presiding. Heard in this court at the March term, 1916. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed November 13, 1916.

### Statement of the Case.

Action by Annie Davis, plaintiff, against Knights of Pythias N. A. S. A. E. A. A. & A., Grand Jurisdiction

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

of Illinois, defendant, to recover as beneficiary on a mutual benefit certificate on the life of her husband, Joseph Davis. From a judgment for plaintiff for three hundred dollars, the full amount recoverable under the policy, defendant appeals.

R. A. J. SHAW, for appellant; ALBERT B. GEORGE, of counsel.

SILAS COOK and W. R. HILL, for appellee.

MR. JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 794*—*when acceptance of payment of arrearages does not constitute waiver of right to limit amount of benefits according to by-laws.* Where the by-laws of a fraternal beneficial association permitted a member who had become nonbeneficial to be reinstated before suspension by his local lodge by paying all arrearages, and provided also that if such reinstatement was after thirty days from default the amount of benefits to be paid under his certificate should be changed to a specified less amount, if death occurred within five years, *held* that such association did not by accepting such payment of arrearages waive its right to limit the amount of benefits according to its by-laws.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.